UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:19-cr-186(S1)-J-32PDB

RODNEY ALLEN

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE
### (False Statement)

On or about September 16, 2019, in the Middle District of Florida and elsewhere, the defendant,

RODNEY ALLEN,

did willfully and knowingly make false, fictitious and fraudulent material statements and representations in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, that is, during a voluntary interview, ALLEN falsely stated to an FBI agent during the agent's investigation into potential offenses under 18 U.S.C. § 844(e) and 18 U.S.C. §§ 248(a)(1) and (b)(1) that he did not call a reproductive health services provider in Jacksonville, Florida, and state someone was coming to blow it up when in truth and fact, ALLEN knew that statement was false.

All in violation of 18 U.S.C. § 1001.

## COUNT TWO
### (Intimidating and Interfering with Providing Reproductive-Health Services)

On or about August 29, 2019, in the Middle District of Florida and elsewhere, the defendant,

RODNEY ALLEN,

by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, the employees of a reproductive health services provider because that person or persons were providing reproductive health services, that is, the defendant called the reproductive health services provider and stated that someone was coming to the provider to blow it up and that he was providing advance notice.

All in violation of 18 U.S.C. §§ 248(a)(1) and (b)(1).

MARIA CHAPA LOPEZ
United States Attorney

By: *(signed)*
Ashley Washington
Assistant United States Attorney

By: *(signed)*
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division


ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: *(signed)*
for Sanjay Patel
Trial Attorney

By: *(signed)*
for Anna Gotfryd
Trial Attorney